1054

[No. 35066-5-III.   Division Three.   July 11, 2017.]

JIM KEYES, *Appellant*, v. CHRISTINA WENTZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 16-2-00005-8, John O. Cooney, J., entered January 7, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34094-5-III.   Division Three.   July 13, 2017.]

THE STATE OF WASHINGTON, *Petitioner*, v. ROGELIO NUNEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50417-6, Alex Ekstrom, J., entered February 16, 2016. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34158-5-III.   Division Three.   July 13, 2017.]

*In the Matter of the Marriage of* THOMAS ELDON DILLON, *Appellant*, and DOROTHY ANN CLARK, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-3-00341-3, David A. Elofson, J., entered January 25, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.